# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO HUERTA, | Case No. 1:15-cv-01827-SAB-HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO FILE BRIEF AND LODGE DOCUMENTS REGARDING EXHAUSTION OF CLAIMS |
| v. | |
| RON DAVIS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

In the answer, Respondent asserts that two claims in the petition are unexhausted but should be denied on the merits. (ECF No. 10 at 20, 25).[1] In the traverse, Petitioner states that he filed a state habeas petition in the superior court on February 16, 2016 in order to exhaust the two unexhausted claims. Additionally, Petitioner requests that the Court hold the petition in abeyance pending resolution of the unexhausted claims in state court. (ECF No. 12 at 5). On April 21, 2017, the Court ordered Petitioner to file a brief addressing exhaustion and whether he is entitled to "stay and abeyance" under Rhines v. Weber, 544 U.S. 269 (2005). (ECF No. 15). To date, Petitioner has not filed the brief, and the time for doing so has passed. In light of Petitioner's failure to respond, the Court will order Respondent to provide information regarding exhaustion of claims 2 and 4.

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondent shall file a brief addressing exhaustion of claims 2 and 4; and

2. Within fourteen (14) days of the date of service of this order, Respondent shall supplement the record by lodging with the Court any state habeas petitions, state court orders, or other documents that are pertinent to the issue of exhaustion.

IT IS SO ORDERED.

Dated: **July 10, 2017**

UNITED STATES MAGISTRATE JUDGE