# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO HUERTA,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS,<br><br>    Respondent. | Case No. 1:15-cv-01827-AWI-SAB-HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION<br><br>(ECF No. 31) |

Petitioner is a state prisoner who proceeded pro se and in forma pauperis with a § 2254 petition for writ of habeas corpus. On December 4, 2017, the Court denied Petitioner's request for a <u>Rhines</u> stay, denied the exhausted claims of the petition, and declined to issue a certificate of appealability. (ECF No. 29). That same day, the Court entered judgment. (ECF No. 30).

On December 14, 2017, the Court received the instant motion for reconsideration with respect to the denial of a certificate of appealability. (ECF No. 31). The motion for reconsideration will be denied as Petitioner has not shown that reconsideration is warranted. <u>See</u> <u>Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.</u>, 571 F.3d 873, 880 (9th Cir. 2009). The Court notes that Petitioner may seek a certificate of appealability from the court of appeals. <u>See</u> Fed. R. App. P. 22(b)(1).

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for reconsideration (Doc. No. 49) is DENIED.

IT IS SO ORDERED.

Dated:   February 6, 2018                                                        

                                                            SENIOR DISTRICT JUDGE